**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Alonzo Love,<br><br>　　　　Defendant. | No.　CR-07-544-PHX-ROS<br><br>**O R D E R** |

　　　　Upon amended motion of the defendant, having no opposition by the U.S. Attorney and Pretrial Services, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED modifying Alonzo Love's conditions of release permitting him to relocate his residence to California: 1509 E. Washington, #9, El Cajon, California 92021, telephone: 619-328-0424.

　　　　IT IS FURTHER ORDERED modifying defendant's conditions of release permitting him, with prior authorization from his assigned Pretrial Services Officer, and having no objection by attorney for the government, to travel to Las Vegas, Nevada for a specified reason and date and to return as authorized and directed by his Pretrial Services officer.

　　　　IT IS FURTHER ORDERED that all other conditions of release imposed on the defendant will remain the same unless otherwise ordered by this Court.

. . .

. . .

   IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. § 3161(h)_____ will commence on _____ for a total of _____ days.

   DATED this 20th day of November, 2007.

               _____
                  Lawrence O. Anderson
                  United States Magistrate Judge